# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lungstrum, John W. | USDC, District of Kansas | 04/27/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Senior Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

517 U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and officer | Westward Ho, Inc. ▆▆▆▆▆▆▆ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Class Action Institute | 10/21/2015 - 10/23/2015 | New Orleans, LA | Legal Education | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank (Money Mkt) | A | Dividend | L | T | Deps. & W/ds | | | | |
| 2. Tucson AZ Wtr Dist. (Bond) | A | Interest | | | Sold | 07/01/15 | J | A | |
| 3. College Station TX School District (Bond) | B | Interest | K | T | | | | | |
| 4. Johnson Cty, KS Water Dist (Bond) | A | Interest | K | T | | | | | |
| 5. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | L | T | | | | | |
| 6. EV Floating Rate A (Mutual Fund) | A | Interest | K | T | | | | | |
| 7. Glassboro NJ (Bond) | B | Interest | | | Sold | 07/15/15 | K | A | |
| 8. Clearbridge Energy (Mutual Fund) | B | Dividend | K | T | | | | | |
| 9. EV Kansas Municipals (Mutual fund) | C | Interest | K | T | | | | | |
| 10. Blackrock Res & Comm Strat TR (Mutual Fund) | B | Dividend | J | T | | | | | |
| 11. Gabelli Div & Incm TR (Mutual Fund) | B | Dividend | K | T | | | | | |
| 12. Tortoise MLP Fund Inc. (Mutual Fund) | B | Dividend | K | T | | | | | |
| 13. Gainesville FLA Utilities SYS (Bond) | A | Interest | K | T | | | | | |
| 14. Louisiana St. Energy & PWR Auth (Bond) | A | Interest | K | T | | | | | |
| 15. IRA | E | Interest | O | T | | | | | |
| 16. -3M Company (stock) | | | | | Buy | 08/05/15 | J | | |
| 17. -Abbott Laboratories (stock) | | | | | Buy | 08/05/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Abbvie Inc Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 19.  -Ace Ltd (stock) | | | | | Buy | 08/05/15 | J | | |
| 20. | | | | | Sold (part) | 11/03/15 | J | A | |
| 21. | | | | | Sold (part) | 12/07/15 | J | A | |
| 22. | | | | | Sold (part) | 12/08/15 | J | A | |
| 23.  -ADT Corporation Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 24.  -Allergan PLC SHS (stock) | | | | | Buy | 08/05/15 | J | | |
| 25. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 26.  -AMC Networks Inc CL A (stock) | | | | | Buy | 08/05/15 | J | | |
| 27. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 28.  -American Express Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 29. | | | | | Sold | 10/30/15 | J | A | |
| 30.  -Amer Intl GP Inc New (stock) | | | | | Buy | 08/05/15 | J | | |
| 31.  -Anadarko Pete (stock) | | | | | Buy | 08/05/15 | J | | |
| 32. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 33. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 34.  -Anthem Inc Com (stock) | | | | | Buy | 08/05/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AQR Managed Futures (Mutual Fund) | | | | | | | | | |
| 36. -Artisan Midcap Value (Mutual Fund) | | | | | Sold | 08/05/15 | J | A | |
| 37. | | | | | Buy | 12/28/15 | J | | |
| 38. -Aston/Montag & Caldwell GRW N (Mutual Fund) | | | | | Sold | 08/05/15 | M | A | |
| 39. -Autodesk Inc. Delaware (stock) | | | | | Buy | 08/05/15 | J | | |
| 40. -BHP Billiton Ltd (stock) | | | | | Buy | 08/05/15 | J | | |
| 41. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 42. -Biogen Inc Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 43. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 44. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 45. -Blackrock Equity Div (Mutual Fund) | | | | | Sold | 08/05/15 | M | A | |
| 46. -Blackrock Stratege Inc. OPPI (Mutual Fund) | | | | | Buy | 03/04/15 | K | | |
| 47. -Bristol Myers Squibb Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 48. -Bristol Myers Squibb Co (stock) | | | | | Sold (part) | 08/12/15 | J | A | |
| 49. | | | | | Sold (part) | 08/13/15 | J | A | |
| 50. | | | | | Sold (part) | 09/14/15 | J | A | |
| 51. -Broadcom Corp CL A (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Cablevision Systems Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 53. | | | | | Sold | 09/17/15 | J | C | |
| 54. -Causeway Intl Value (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |
| 55. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 56. -Chevron Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 57. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 58. | | | | | Buy (add'l) | 09/23/15 | J | | |
| 59. -Citigroup Inc New (stock) | | | | | Buy | 08/05/15 | J | | |
| 60. -Citrix Systems Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 61. -CME Group Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 62. -CMS Energy CP (stock) | | | | | Buy | 08/05/15 | J | | |
| 63. -Coca Cola Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 64. -Comcast Corp CL A Special New (stock) | | | | | Buy | 08/05/15 | J | | |
| 65. -ConocoPhillips (stock) | | | | | Buy | 08/05/15 | J | | |
| 66. -Cree Research Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 67. -Diageo PLC Spon ADR New (stock) | | | | | Buy | 08/05/15 | J | | |
| 68. -Discovery Communications Ser A (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 70. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 71. -Dolby Cla A Com Stk (stock) | | | | | Buy | 08/05/15 | J | | |
| 72. -Dollar Gen Corp New Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 73. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 74. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 75. -Dominion Res Inc (New) (stock) | | | | | Buy | 08/05/15 | J | | |
| 76. -Dow Chemical Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 77. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 78. -Du Pont El De Nemours & Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 79. -EOG Resources (stock) | | | | | Sold | 05/20/15 | J | A | |
| 80. -Eversource Energy Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 81. | | | | | Sold | 09/04/15 | J | A | |
| 82. -Exelon Corp (stock) | | | | | Buy | 10/19/15 | J | | |
| 83. -Exxon Mobile Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 84. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 85. -Fidelity ADV FLTG RT (Mutual Fund) | | | | | Sold (part) | 03/04/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Fluor Corp New (stock) | | | | | Buy | 08/05/15 | J | | |
| 87. -Freeport-McMoran Inc. (stock) | | | | | Buy | 08/05/15 | J | | |
| 88. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 89. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 90. -Gabelli Div & Incm (Mutual Fund) | | | | | | | | | |
| 91. -Gabelli GLB SML & MD CP (Mutual Fund) | | | | | | | | | |
| 92. -Gabelli Gold (Mutual Fund) | | | | | Sold | 08/05/15 | J | A | |
| 93. -Gabelli Gold I (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |
| 94. -GAP Inc (stock) | | | | | Buy | 08/19/15 | J | | |
| 95. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 96. -General Electric Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 97. | | | | | Buy (add'l) | 08/28/15 | J | | |
| 98. -Goldman Sachs Grp Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 99. -Healthcare Sel (Mutual Fund) | | | | | Buy | 06/22/15 | J | | |
| 100. -Henderson Global Inc. (Mutual Fund) | | | | | | | | | |
| 101. -Henderson Int'l Opportunities (Mutual Fund) | | | | | Sold | 05/05/15 | J | A | |
| 102. -Henderson Intl Opport I (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Home Depot, Inc. (stock) | | | | | Buy | 08/05/15 | J | | |
| 104. | | | | | Sold (part) | 09/18/15 | J | A | |
| 105. | | | | | Sold (part) | 09/23/15 | J | A | |
| 106. -Honeywell International Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 107. -Immunogen Inc. (stock) | | | | | Buy | 08/05/15 | J | | |
| 108. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 109. -Intel Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 110. -International Paper Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 111. -Invesco Small Cap Value Y (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |
| 112. | | | | | Buy | 12/28/15 | J | | |
| 113. -Invesco Small Cap Y (Mutual Fund) | | | | | Sold | 08/05/15 | J | A | |
| 114. -IShares Gold Trust (Mutual Fund) | | | | | Sold | 03/04/15 | J | A | |
| 115. -IShares IBOXX Invest (Mutual Fund) | | | | | Sold | 06/25/15 | J | A | |
| 116. -IShares Russell 200 GRWTH ETF (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |
| 117. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 118. -IShares S&P 500 Growth (Mutual Fund) | | | | | | | | | |
| 119. -IShares S&P 500 Val (Mutual Fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -IShares S&P Mid-Cap 400 G ETF (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |
| 121. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 122. -IShares S&P Mid Cap 400G (Mutual Fund) | | | | | Sold (part) | 10/20/15 | J | A | |
| 123. -IShares S&P Mid Cap 400 V (Mutual Fund) | | | | | Sold (part) | 10/20/15 | J | A | |
| 124. -IShares Tips Bond (Mutual Fund) | | | | | Sold | 06/22/15 | J | A | |
| 125. -IShares MSCI Japan (Mutual Fund) | | | | | Buy | 06/22/15 | J | | |
| 126. -ISIS Pharm Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 127. -Intl Business Machines Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 128. -Intl Business Machines Corp (stock) | | | | | Sold | 08/07/15 | J | A | |
| 129. -Johnson & Johnson (stock) | | | | | Buy | 08/05/15 | J | | |
| 130. -JP Morgan Chase & Co (bond) | | | | | Sold | 01/20/15 | J | A | |
| 131. -JP Morgan Chase & Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 132. -Kroger Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 133. -L-3 Communications Holdings Inc. (stock) | | | | | Buy | 08/05/15 | J | | |
| 134. -Liberty Broadband Corp S-A (stock) | | | | | Buy | 08/05/15 | J | | |
| 135. -Liberty Broadband Corp S-C (stock) | | | | | Buy | 08/05/15 | J | | |
| 136. -Liberty Interactive Corp QVC A (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 138. -Liberty Inter Co Venture Ser A (stock) | | | | | Buy | 08/05/15 | J | | |
| 139. -Liberty Media Corp Ser A (stock) | | | | | Buy | 08/05/15 | J | | |
| 140. -Liberty Media Corp Ser C (stock) | | | | | Buy | 08/05/15 | J | | |
| 141. -Lockheed Martin Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 142. | | | | | Sold | 12/18/15 | J | A | |
| 143. -MSDW Liq. Asset (Money market fund) | | | | | | | | | |
| 144. -MSIF US Real Estate (Mutual Fund) | | | | | Sold | 08/05/15 | K | A | |
| 145. -Marathon Oil Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 146. -Marathon Petroleum Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 147. | | | | | Sold | 12/04/15 | J | A | |
| 148. -Mc Donalds Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 149. -Merck & Co Inc New Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 150. -Medtronic PLC SHS (stock) | | | | | Buy | 08/05/15 | J | | |
| 151. -Metlife Incorporated (stock) | | | | | Buy | 08/05/15 | J | | |
| 152. -Microsoft Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 153. -Mondelez Intl Inc Com (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 09/02/15 | J | A | |
| 155.  -Morgan Stanley (stock) | | | | | Buy | 08/05/15 | J | | |
| 156.  -Motorola Solutions Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 157.  -National Oilwell Varco Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 158. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 159.  -Nextera Energy Inc Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 160.  -Northrop Grumman CP (Hldg Co) (stock) | | | | | Buy | 08/05/15 | J | | |
| 161.  -Now Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 162. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 163.  -Nuance Communications Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 164.  -Nucor Corporation (stock) | | | | | Buy | 08/05/15 | J | | |
| 165. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 166.  -Occidential Petroleum Corp De (stock) | | | | | Buy | 08/05/15 | J | | |
| 167. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 168. | | | | | Buy (add'l) | 12/04/15 | J | | |
| 169. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 170.  -Oracle Corp (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 172. -Pentair PLC (stock) | | | | | Buy | 08/05/15 | J | | |
| 173. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 174. -Pfizer Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 175. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 176. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 177. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 178. -Philip Morris Intl Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 179. -Powershares DB Comm (Mutual Fund) | | | | | Sold | 12/09/15 | J | A | |
| 180. -Praxair Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 181. | | | | | Sold (part) | 10/15/15 | J | | |
| 182. | | | | | Sold (part) | 11/03/15 | J | A | |
| 183. -Procter & Gamble (stock) | | | | | Buy | 08/05/15 | J | | |
| 184. -Prudential Financial Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 185. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 186. -Prudential Jennison Nat. Res. (Mutual Fund) | | | | | Sold | 08/05/15 | K | A | |
| 187. -Prudential Jennison Natl Res Z (Mutual Fund) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 189. -Public Service Enterprise GP (stock) | | | | | Buy | 09/28/15 | J | | |
| 190. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 191. -Qualcomm Inc. (stock) | | | | | Buy | 08/05/15 | J | | |
| 192. -Quest Diagnostics Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 193. | | | | | Buy (add'l) | 11/02/15 | J | | |
| 194. -Raytheon Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 195. | | | | | Sold (part) | 08/11/15 | J | | |
| 196. | | | | | Sold (part) | 11/02/15 | J | A | |
| 197. | | | | | Sold (part) | 11/18/15 | J | A | |
| 198. -Reynolds American Inc (stock) | | | | | Buy | 09/03/15 | J | | |
| 199. -Royce Premier Inv. (Mutual Fund) | | | | | | | | | |
| 200. -Royce Value Plus (Mutual Fund) | | | | | Sold | 08/05/15 | K | A | |
| 201. -Salient MLP & Energy (Mutual Fund) | | | | | | | | | |
| 202. -Sandisk Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 203. | | | | | Buy (add'l) | 08/18/15 | J | | |
| 204. -Schlumberger LTD (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Seagate Technology PLC (stock) | | | | | Buy | 08/05/15 | J | | |
| 206. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 207. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 208.  -Sempra Energy (stock) | | | | | Buy | 08/05/15 | J | | |
| 209. | | | | | Sold (part) | 09/02/15 | J | A | |
| 210. | | | | | Sold (part) | 10/22/15 | J | A | |
| 211.  -SPDR Barcap Shrt term (Mutual Fund) | | | | | | | | | |
| 212.  -SPDR Wilshire Intl Real Est (Mutual Fund) | | | | | Buy | 03/14/15 | J | | |
| 213.  -SPDR Wilshire Intl Real Est (Mutual Fund) | | | | | Sold | 10/13/15 | J | A | |
| 214.  -Starz Series A(stock) | | | | | Buy | 08/05/15 | J | | |
| 215. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 216.  -Suntrust Bks (stock) | | | | | Buy | 08/05/15 | J | | |
| 217.  -TE Connectivity LTD New (stock) | | | | | Buy | 08/05/15 | J | | |
| 218.  -Tekla (f/k/a H&Q) Healthcare Fd (Mutual Fund) | | | | | | | | | |
| 219.  -Tekla Healthcare Invs (Mutual Fund) | | | | | Sold | 06/24/15 | J | A | |
| 220.  -Templeton Global (Mutual Fund) | | | | | Sold | 12/09/15 | J | A | |
| 221.  -Texton Westwood (Mutual Fund) | | | | | Sold | 06/22/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Thornburg DevWorld (Mutual Fund) | | | | | Sold | 08/05/15 | K | A | |
| 223. -Third Avenue Real Est Val Inst (Mutual Fund) | | | | | Buy | 10/13/15 | J | | |
| 224. -Total S A Spon Adr (stock) | | | | | Buy | 08/05/15 | J | | |
| 225. -Travelers Companies Inc Com (stock) | | | | | Buy | 08/05/15 | J | | |
| 226. | | | | | Sold (part) | 09/24/15 | J | A | |
| 227. | | | | | Sold (part) | 11/02/15 | J | A | |
| 228. -Twitter Inc (stock) | | | | | Buy | 09/28/15 | J | | |
| 229. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 230. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 231. -Tyco Intl PLC SHS (stock) | | | | | Buy | 08/05/15 | J | | |
| 232. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 233. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 234. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 235. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 236. -U S Bancorp Com New (stock) | | | | | Buy | 08/05/15 | J | | |
| 237. -Unilever NV NY SH New (stock) | | | | | Buy | 08/05/15 | J | | |
| 238. -Union Pacific Corp (stock) | | | | | Buy | 08/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 21

Name of Person Reporting

Lungstrum, John W.

Date of Report

04/27/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Unitedhealth GP Inc (stock) | | | | | Buy | 08/05/15 | J | | |
| 240. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 241. -United Parcel Ser Inc CL-B (stock) | | | | | Buy | 08/05/15 | J | | |
| 242. -United Technologies Corp (stock) | | | | | Buy | 08/05/15 | J | | |
| 243. | | | | | Sold (part) | 08/14/15 | J | A | |
| 244. | | | | | Sold (part) | 08/17/15 | J | A | |
| 245. | | | | | Sold (part) | 11/02/15 | J | A | |
| 246. -Van KMPN Dynamic CR OPP Fund (Mutual Fund) | | | | | Sold | 01/05/15 | J | A | |
| 247. -Vanguard Info Tech (Mutual Fund) | | | | | Buy | 06/23/15 | J | | |
| 248. -Vanguard Reit (Mutual Fund) | | | | | | | | | |
| 249. -Vanguard REIT ETF (Mutual Fund) | | | | | Buy | 08/05/15 | K | | |
| 250. -Vanguard Total Bond Mkt (Mutual Fund) | | | | | Sold (part) | 03/04/15 | J | A | |
| 251. -Vanguard S# TM Bd Indv (Mutual Fund) | | | | | Buy | 06/22/15 | J | | |
| 252. -Vanguard S# TM Bd Indv (Mutual Fund) | | | | | Buy | 10/20/15 | J | | |
| 253. -Verizon Communications (stock) | | | | | Buy | 08/05/15 | J | | |
| 254. -Vertex Pharmaceuticals (stock) | | | | | Buy | 08/05/15 | J | | |
| 255. | | | | | Buy (add'l) | 12/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Virtus Insight Emerg Mkts (Mutual Fund) | | | | | Buy | 03/04/15 | J | | |
| 257. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 258. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 259. -Well Fargo & Co New (stock) | | | | | Buy | 08/05/15 | J | | |
| 260. -Wells Fargo Adv Disc (Mutual Fund) | | | | | Sold | 08/05/15 | K | A | |
| 261. -Western Digital Corporation (stock) | | | | | Buy | 11/04/15 | J | | |
| 262. | | | | | Buy (add'l) | 11/05/15 | J | | |
| 263. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 264. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 265. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 266. -Weatherford Intl Ltd (stock) | | | | | Buy | 08/05/15 | J | | |
| 267. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 268. -Weyerhaeuser Co (stock) | | | | | Buy | 08/05/15 | J | | |
| 269. -Wisdomtree Japan (Mutual Fund) | | | | | Sold | 06/22/15 | J | A | |
| 270. -Wisdomtree Europe (Mutual Fund) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

I have treated reinvestment programs as exempt because they merely represent a change in the form of the asset.

With regard to Line 1, I have not provided dates and value codes because the transactions are numerous, usually small and are the equivalent of bank deposits and withdrawals. Morgan Stanley Bank was formerly known as Morgan Stanley Liquid Asset Fund.

On lines 8, 10, 11 and 12, I have corrected the description to show that the assets are mutual funds and not stocks as previously reported.

With regard to the IRA (line 15), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John W. Lungstrum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544